[No. 18792-9-I. Division One. April 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. KIMBERLY COLLINS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00357-2, John F. Wilson, J., entered July 10, 1986. *Affirmed* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Winsor, JJ.

[Nos. 19714-2-I; 19892-1-I. Division One. April 11, 1988.]

CONSOLIDATED AMERICAN INSURANCE COMPANY, ET AL, *Respondents,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 85-2-06738-0, Donald D. Haley, J., entered January 16, 1987. *Reversed* by unpublished opinion per Coleman, A.C.J., concurred in by Williams and Pekelis, JJ.

[No. 19301-5-I. Division One. April 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD COREY VOGEL, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-1-00594-0, Joseph A. Thibodeau, J., entered October 10, 1986. *Vacated* and *remanded* by unpublished opinion per Coleman, A.C.J., concurred in by Swanson and Winsor, JJ.